# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 11/19/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 11:48:58 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO:     1ST COURT OF APPEALS

From:     Deputy Clerk: DUANE C. GILMORE
          Chris Daniel, District Clerk
          Harris County, T E X A S

| |
|---|
| **CAUSE:** 2015-05657   **TRIAL COURT NO:** 152ND   **DUE DATE:** 11/7/2015 |
| **VOLUME     PAGE          OR        IMAGE #:**66190942 |
| **ATTORNEY:** ALI YAZDCHI TBN/PRO SE#: 1 (Pro Se) |
| **NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS** |
| **DATE ORDER SIGNED:** 7/10/2015 |
| **REQUEST TRANSCRIPT DATE FILED       N/A** |
| **NOTICE OF APPEAL DATE FILED:  10/8/2015** <br> **NOTICE OF APPEAL PREVIOUSLY FILED? Yes (see vexatious litigant order)** |
| **NUMBER OF DAYS: ( CLERKS RECORD ) 120** <br> **FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐** |
| **NOTES: Codes: BC, C, OA; VEXATIOUS LITIGANT** |

CHRIS DANIEL
Harris County, District Clerk


By:   /s/DUANE C. GILMORE
      **DUANE C. GILMORE, Deputy**

BC       NOTICE OF APPEAL FILED
BG       NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D -      ACCELERATED APPEAL
OA       NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA       AMENDED NOTICE OF APPEAL

## CAUSE NO. 2015-05657

| | | |
|---|---|---|
| **ALI YAZDCHI** | § | **IN THE DISTRICT COURT** |
| | § | |
| v. | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **BBVA COMPASS BANK** | § | **152ND JUDICIAL DISTRICT** |

### NOTICE OF APPEAL

1. Plaintiff, Ali Yazdchi, desires to appeal from the Summary Judgment signed by the court on July 10, 2015, and an order declaring plaintiff a vexatious litigant signed on July 15, 2015.
2. Plaintiff appeals to either the First or the Fourteenth Court of Appeals.
3. Plaintiff has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

*PS: Plaintiff, Appellant is indigent please see Affidavit or declaration That has been filed.*

10/8/2015

Ali Yazdchi, Pro Se Appellant
2100 Tanglewilde #662
Houston, Texas        77063
Phone  832-703-8901

### CERTIFICATE OF SERVICE

I certify that I served the defendant, BBVA Compass Bank according to rule 21(a) of the Texas Rules of Civil Procedure, via their attorney of record, Mr. William P. Huttenbach, 1415 Louisiana, 36th floor, Houston, Texas 77002, via fax only to 713-223-9319. on 10/8/2015

Ali Yazdchi

10/8/2015

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2015 OCT -8 PM 5: 01

CIVIL AFTER HOURS

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

7/13/2015 5:04:48 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6046640
By: VERONICA GONZALEZ
Filed: 7/13/2015 5:04:48 PM

Pgs-5

VEXAO

NO. 2015-05657

| ALI YAZDCHI | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| BBVA COMPASS BANK | § | 151st JUDICIAL DISTRICT |

### ORDER GRANTING COMPASS BANK'S MOTION TO DECLARE PLAINTIFF TO BE A VEXATIOUS LITIGANT

On February 2, 2015, Ali Yazdchi ("**Yazdchi**") filed this suit-against Compass Bank d/b/a BBVA Compass (incorrectly named as BBVA Compass Bank) ("**Compass Bank**"), alleging various claims. On April 29, 2015, Compass Bank filed a motion asking this Court to issue an order adjudicating the Plaintiff, Ali Yazdchi ("**Yazdchi**"), to be a vexatious litigant and requiring, among other things, Yazdchi to furnish security before being allowed to prosecute the above matter. The Court notes that on April 28, 2015, the 11th District Court in Harris County granted a similar motion finding Yazdchi to be a vexatious litigant and on July 10, 2015, the 215th District Court in Harris County granted a similar motion.

After reviewing the record, the pleadings, the evidence presented, and the applicable authority, this Court grants Compass Bank's motion. The Court notes Chapter 11 of the Texas Civil Practice and Remedies Code governs suits brought by vexatious litigants and specifies that a court may, on defendant's motion or *sua sponte,* designate a party as a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE § 11.101. A court may declare a party to be a vexatious litigant if there is not a reasonable probability that he will prevail in litigation and the party has a history of filing or repeatedly re-litigating unsuccessful or frivolous suits. TEX. CIV. PRAC. & REM. CODE § 11.054. Specifically, during the seven year period immediately preceding the date the defendant files its motion to declare the plaintiff a vexatious litigant, the plaintiff has "commenced, prosecuted, or maintained at least five litigations as a pro se litigant" that have been "finally

1

930505.20150181/2182614.2

determined adversely to the plaintiff" or have been "determined by a trial or appellate court to be frivolous or groundless under state or federal law or rules of procedure." *See Id.* It is also true that a court may find a plaintiff to be a vexatious litigant if the party has previously been declared to be a vexatious litigant by state or federal in an action or proceeding based on the same or substantially similar facts, transaction, or occurrence. However, such a factor is not a necessary criteria for a court to make such a determination. *See Id.* In this case, the Court notes that other Harris County District Courts have ruled as follows:

1. In *Yazdchi v. Jones* (11th District Court, tc# 2015-05013), the trial court entered an order for partial summary judgment on April 9, 2015, entered an order declaring Yazdchi a vexatious litigant on April 28, 2015, and entered an order dismissing the case on May 1, 2015, and administratively closed its file. Yazdchi filed a motion for new trial and Yazdchi did file a notice of appeal pro se.

2. In *Yazdchi v. Wells Fargo Bank, N.A.* (215th District Court, tc# 2015-11585), the trial court entered an order ruling that Yazdchi is a vexatious litigant signed July 10, 2015.

The Court also FINDS the following facts:

(b)     On November 17, 2010, Mr. Yazdchi was convicted of aggregate theft of over $20,000 and under $100,000, and with falsely holding himself out to be a lawyer. He appealed. The Court of Appeals and the Court of Criminal Appeals affirmed. *See: Yazdchi v. State,* 2012 WL 5381211 (Tex. App. – 1st Dist. [Houston]; *Yazdchi v. State,* 428 S.W.2d 831 (Tex. Crim. App 2014). The U.S. Supreme Court denied his petition for writ of certiorari on January 20, 2015, and denied his motion for rehearing on April 6, 2015. *See: Yazdchi v. Texas,* 135 S. Ct. 1158.

(c)     In *Yazdchi v. Cornelius,* the First Court of Appeal listed Mr. Yazdchi's unsuccessful appeals as of 2009:

We note that, in each of the following appeals brought by Ali Yazdchi, the trial courts' judgments have been affirmed or the appeals brought by Ali Yazdchi have been dismissed. *Yazdchi v. Nexcess Motorcars,* No. 01-07-00185-CV, 2007 WL 1844901 (Tex. App.-Houston [1st Dist.] June 28, 2007, no pet.) (mem. op.); *Yazdchi v. Allstate Ins. Co.,* No. 01-05-00327-CV, 2007 WL 1152983 (Tex. App.-Houston [1st Dist.] Apr. 19,.2007, no pet.) (mem. op.); *Yazdchi v. Am. Honda Fin. Corp.,* No. 05-10479, 2007 WL 464705 (5th Cir. Feb. 6, 2007); *Auto v. Travelers Ins. Co.,* No. 01-05-00327-CV, 2006 WL 2893324 (Tex. App.-Houston [1st Dist.] Oct. 12, 2006, no pet.) (mem. op.); *Yazdchi v. S. County Mut. Ins. Co.,* No. 11-06-00166-CV, 2006 WL 2253940 (Tex. App.-Eastland Aug. 3, 2006, no pet.) (mem. op.); *Yazdchi v. Am. Nat'l Prop, and Cas. Co.,* No. 01-05-00750-CV, 2005 WL 3454142

2

(Tex. App.-Houston [1st Dist.] Dec. 15, 2005, no pet.) (mem. op.); *Yazdchi v. Citicorp Credit Serv., Inc.,* No. 01-05-00740-CV, 2005 WL 2989699 (Tex. App.-Houston [1st Dist.] Nov. 3, 2005, no pet.) (mem. op.); *Yazdchi* v. *State,* No. 14l-04-00500-CV, 2005 WL 2149416 (Tex. App.-Houston [14th Dist.] Sept. 8, 2005, no pet.) (mem. op.); *Yazdchi* v. *Am. Arb. Ass'n,* No. 01-04-00149-CV, 2005 WL 375288 (Tex. App.-Houston [1st Dist.] Feb. 17, 2005, no pet.) (mem. op.); *Yazdchi v. Bennett Law Firm, P.C.,* No. 14-01-00928-CV, 2002 WL 1163568 (Tex. App.-Houston [14th Dist.] May 30, 2002, no pet.) (not designated for publication); *Bouja v. State,* No. 14-00-00072-CV, 2000 WL 674850 (Tex. App.-Houston [14th Dist.] May 25, 2000, no pet.) (not designated for publication); *Yazdchi v. City of Houston,* No. 14-98-01296-CV, 1999 WL 219381 (Tex. App.-Houston [14th Dist.] Apr. 15, 1999, no pet.) (not designated for publication).

*Yazdchi* v. *Cornelius,* No. 01-07-00844-CV, 2009 WL 214547, n.l (Tex. App. - Houston [1st Dist.] Jan. 29, 2009, (pet. denied) (mem. op., not designated for publication).

(d)    The record further indicates that Mr. Yazdchi has unsuccessfully engaged in the following unsuccessful litigation since 2008:

1.  *Yazdchi* v. *Gage* (151st District Court, tc# 2010-50511). The trial court entered an order dismissing all of Mr. Yazdchi's claims against the defendant on June 29, 2012.

2.  *Yazdchi* v. *Walker,* (295th District Court, tc# 2008-07115A). The trial court dismissed the case for want of prosecution on February 15, 2010.

3.  *Yazdchi* v. *Wang,* (County Civil Court at Law No. 3, Harris County Texas, tc# 951408). Trial court issued a summary judgment disposing of all claims on April 22, 2010.

4.  *Yazdchi v. Wang,* 14-10-00572-CV, 2011 WL 61859 (Tex.-App. - Houston [1st Dist.] (January 6, 2011 no pet.). The appellate court dismissed the appeal.

5.  *Yazdchi v. Unauthorized Practice of Law Committee,* 01-09-00065-CV, 2010 WL 2650563 (Tex. App. - Houston [1st Dist.] (July 2010). The appellate court affirmed the trial court's judgment in trial court's cause number 1999-57020 against Mr. Yazdchi.

6.  *See Yazdchi* v. *Cornelius,* No. 01-07-00844-CV, 2009 WL 214547, n.1 (Tex. App.-Houston [1st Dist.] Jan. 29, 2009, (pet. denied) (mem. op., not designated for publication).

It is evident from the record and the pleadings that during the seven year period immediately preceding the date the defendant filed its motion to declare the plaintiff a vexatious

3

litigant, Yazdchi "commenced, prosecuted, or maintained at least five litigations as a pro se litigant" that have been "finally determined adversely to the plaintiff" or have been determined "by a trial or appellate court to be frivolous or groundless under state or federal law or rules of procedure." TEX. CIV. PRAC. & REM. CODE § 11.054. Despite Mr. Yazdchi's arguments to the contrary, the cases noted above were prosecuted or maintained in courts other than small claims court and may be considered when determining whether a pro se plaintiff meets the criteria for a being declared a vexatious litigant. It is irrelevant that the cases were originally filed in a justice court or a small claims court. *See Id.*

The Court also finds that there is no reasonable probability that Yazdchi will prevail for all the reasons stated in Compass Bank's Motion for Summary Judgment as the Court recently granted said motion.

The Court also finds:

(1)     There is not a reasonable probability that Mr. Yazdchi will prevail in the current litigation. In fact, the Court has already granted summary judgment against Ali Yazdchi in this lawsuit.

(2)     Yazdchi has a history of filing or repeatedly re-litigating unsuccessful or frivolous suits.

(3)     During the past seven year period Yazdchi has "commenced, prosecuted, or maintained at least five litigations as a pro se litigant" that have been "finally determined adversely to plaintiff [Yazdchi]."

(4)     Yazdchi meets the criteria for finding a plaintiff a vexatious litigant. **

Accordingly, the Court GRANTS Compass Bank's motion to declare Ali Yazdchi a vexatious litigant.

The Court ORDERS that Ali Yazdchi is prohibited from filing new litigation in a state court without first obtaining permission from the appropriate local administrative judge. *See* TEX.

CIV. PRAC. & REM. CODE §11.101. Such permission shall be granted only if the litigation

** In addition, the Court notes that Mr. Ali Yazdchi has been found to be a vexatious litigant recently in *Ali Yazdchi v. Wells Fargo Bank, N.A.*, 2015-11585, In the 215th District Court of Harris County, Texas, and in *Ali Yazdchi v. Mike Jones and Sam Adamo*, 2015-05013, in the 11th District Court of Harris County, Texas.

930505.20150181/2182614.2

appears to have merit and is not filed for purposes of harassment or delay; such permission may also be conditioned on the furnishing of a security.

The Court also admonishes Ali Yazdchi that if he fails to obey this order, he may be found in contempt and subject to punishment.

The Court ORDERS the Harris County District Clerk to refuse the filing of any new litigation by Ali Yazdchi unless he first obtains written permission from the appropriate local administrative judge.

The Court further ORDERS the Harris County District Clerk to forward a copy of this Order to the Office of Court Administration. *See* TEX. CIV. PRAC. & REM. CODE §11.104(a).

SIGNED _____, 2015.

Signed: 𝒯𝑀𝑀 / 𝑀𝑀
7/15/2015

_____
HONORABLE JUDGE PRESIDING

**APPROVED AS TO FORM:**

HIRSCH & WESTHEIMER, P.C.


By:*/s/ William P. Huttenbach*_____
 William P. Huttenbach
 State Bar No. 24002330
 1415 Louisiana, 36th Floor
 Houston, Texas 77002
 Telephone: (713) 223-5181
 Facsimile: (713) 223-9319

**ATTORNEYS FOR DEFENDANT,**
**COMPASS BANK D/B/A BBVA COMPASS,**
**IMPROPERLY NAMED AS**
**BBVA COMPASS BANK**

5

4/29/2015 3:27:03 PM
**Chris Daniel - District Clerk**
**Harris County**
**Envelope No: 5086057**
**By: SMITH, SALENE**
**Filed: 4/29/2015 3:27:03 PM**

Pgs-2

PC 7

NO. 2015-05657

| | | |
|---|---|---|
| ALI YAZDCHI | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | 151ST |
| | § | ~~152ND~~ JUDICIAL DISTRICT |
| BBVA COMPASS BANK | § | |

## FINAL SUMMARY JUDGMENT ON ALL CLAIMS
## BY AND BETWEEN PLAINTIFF AND COMPASS BANK

On this day came on to be heard Defendant, Compass Bank's Motion to Dismiss and/or Motion for Summary Judgment. For the reasons stated in said Motion, this Court grants a summary judgment in favor of Compass Bank on all of Plaintiff, Ali Yazdchi's ("**Yazdchi**" and/or "**Plaintiff**") claims against Compass Bank and on all of Compass Bank's claims against Plaintiff. Plaintiff has produced no evidence to the contrary.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff, Ali Yazdchi, shall take nothing on his claims against Compass Bank.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Compass Bank recover a Judgment against Plaintiff, Ali Yazdchi, in the amount of ~~Sixteen Thousand Four Hundred~~ $24,477.50 ^~~Seventy-Seven Dollars and 50/100 ($16,477.50)~~ for its reasonable and necessary attorneys' fees, costs and expenses.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that if Plaintiff files a Notice of Appeal, and Compass Bank ultimately prevails, Compass Bank is awarded an additional $30,000.00 for additional reasonable and necessary attorneys' fees, costs and expenses, and if any party appeals to the Texas Supreme Court and Compass Bank ultimately prevails, Compass Bank is awarded an additional $25,000.00 in additional reasonable and necessary attorneys' fees, costs and expenses, and an additional $20,000.00 if the Texas Supreme Court grants the writ.

42

930505.20150181/2098623.3

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Compass Bank is awarded post-judgment interest at the rate of 5% per annum on the above-referenced amounts from the date of this judgment until paid.

All relief not expressly granted by and between Plaintiff and Compass Bank herein is denied. This judgment finally disposes of all claims regarding Plaintiff and Compass Bank and is appealable. This is meant to be a final judgment pursuant to the Texas Supreme Court's decision in *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001).

Signed on the _____ day of _____, 2015.

Signed: 7/10/2015 *[signature]*

_____
HONORABLE JUDGE PRESIDING

**APPROVED AS TO FORM ONLY:**

HIRSCH & WESTHEIMER, P.C.

By: */s/ William P. Huttenbach*
    William P. Huttenbach
    State Bar No. 24002330
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    713-220-9184 Direct
    713-223-5181 Main
    713-223-9319 Fax
    Email: phuttenbach@hirschwest.com

**ATTORNEYS FOR DEFENDANT**
**COMPASS BANK D/B/A BBVA COMPASS,**
**INCORRECTLY NAMED BBVA COMPASS BANK**

930505.20150181/2098623.3

JWEB     INT     65.10     CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY     INT65.10     GILMORE, DUANE     NOVEMBER 19, 2015

**(6) CONNECTION(S) FOUND.**

| | | | | | |
|---|---|---|---|---|---|
| CASE NUM: | **201505657** | PJN: | TRANS NUM: | CURRENT COURT: **151** | PUB: Please Select |
| CASE TYPE: | **BREACH OF CONTRACT** | | CASE STATUS: | **DISPOSED (FINAL)** | |
| STYLE: | **YAZDCHI, ALI** | VS | **BBVA COMPASS BANK** | | |

**\*\*\*\* INACTIVE PARTIES \*\*\*\***

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. |
|---|---|---|---|---|---|---|---|
| ☐ | | 00003 - 0001 | DEF | 24002330 | COMPASS BANK D/B/A BBVA COMPASS, INCORR | | HUTTENBACH, WILLIAM P. |
| ☐ | | 00004 - 0001 | XPL | 24002330 | COMPASS BANK D/B/A BBVA COMPASS, INCORR | | HUTTENBACH, WILLIAM P. |
| ☐ | | 00002 - 0002 | XPL | 24002330 | BBVA COMPASS BANK | | HUTTENBACH, WILLIAM P. |
| ☐ | | 00001 - 0002 | XDF | | YAZDCHI, ALI | | |
| ☐ | | 00002 - 0001 | DEF | 24002330 | BBVA COMPASS BANK | | HUTTENBACH, WILLIAM P. |
| ☐ | | 00001 - 0001 | PLT | | YAZDCHI, ALI | | PRO-SE |



Submit Query  1  Total Pages  **Submit Query**  **Submit Query**  1  **Submit Query**  **Submit Query**  Records Per-Page  20

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
|---|---|---|---|---|---|
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |

Harris County Information Technology Center (ITC) Justice Applications